UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD C. MERRIWEATHER and
CHRISTINA M. MERRIWEATHER,

    Plaintiffs,

v.

                                Case No. 11-15515

                                HONORABLE DENISE PAGE HOOD

CITIMORTGAGE, INC.,

    Defendant.
_____/

## JUDGMENT

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendant and against Plaintiffs.

                                            DAVID J. WEAVER
                                            CLERK OF COURT

Approved:                                       By: s/ LaShawn Saulsberry
                                                     Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:   September 25, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager